IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRANDON WILDER,** *individually and on behalf of all others similarly situated,* | Case No. 1:22-cv-681 |
| *Plaintiffs,* | Judge Jeffrey P. Hopkins |
| v. | |
| **THE KROGER CO.,** | |
| *Defendants.* | |

## JOINT STATUS REPORT

During the mediation on June 14, 2023, the Parties reached an agreement in principle to settle this matter and two related matters, one of which is also currently pending in the United States District Court for the Southern District of Ohio,[1] the other of which remains stayed in Colorado state court.[2]

1. After exhaustive efforts, on September 16, 2024, the Parties (including representative plaintiffs from the related pending litigation) executed a Class Action Settlement.

2. The *Austin* Action previously was transferred from the Eastern District of Virginia to the Southern District of Ohio and is currently before the Honorable Henry E. Hudson.

3. Counsel for the plaintiffs in the *Ebersole* Action will move to lift the stay and stipulate to the transfer of the *Ebersole* Action to the Southern District of Ohio.

4. Once the *Ebersole* Action is transferred to this district, the parties intend to file a joint motion requesting consolidation of the three causes, for settlement purposes only.

---

[1] *Austin, et al. v. The Kroger Co., et al.*, No. 1:23-cv-287 (S.D. Ohio), Honorable Henry E. Hudson, presiding. ("*Austin* Action").

[2] *Ebersole v. Dillon Companies, LLC*, No. 2023-cv-30353, Denver County District Court, Colorado. ("*Ebersole* Action").

5. Should this Court agree to consolidate the three pending actions under one cause number, the parties are prepared to seek leave to file an amended complaint pursuant to the terms of the Agreement.

6. After the filing of the amended complaint, the parties anticipate that Plaintiffs will file an Unopposed Motion for Preliminary Approval of a Class Action Settlement within ten (10) business days.

7. Should this Court so desire, the Parties are available for a status conference to discuss the Agreement and the anticipated filings.

Respectfully submitted,

/s/ *Robert E. DeRose*
**Robert E. DeRose** (OH Bar No. 005214)
bderose@barkanmeizlish.com
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, Ohio 43219
Telephone: (614) 221-4221
Facsimile: (614) 744-2300

/s/ *Austin W. Anderson*
**Clif Alexander** (admitted *pro hac vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (admitted *pro hac vice*)
Texas Bar No. 24045189
austin@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd., Ste 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Counsel for Plaintiffs and the Putative Class Members***

/s/ *Mark A. Knueve*
Mark A. Knueve (0067074) – Trial Attorney
George L. Stevens (0092609)
Trina L. Edwards (0102243)
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Tel. (614) 464-6387
maknueve@vorys.com
glstevens@vorys.com
tledwards@vorys.com

***Counsel for Defendant***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was filed electronically on September 16, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Austin W. Anderson*
Austin W. Anderson