UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Brandon Wilder, et al.,**

    Plaintiffs,

-vs-

**The Kroger Company,**

    Defendant.

Case No. 1:22-cv-681
consolidated with
Cases 1:23-cv287, 1:24-cv-521

## JUDGMENT

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Class Counsel's Unopposed Motion for Settlement Approval (Doc. 145) is GRANTED. Class Counsel's Unopposed Motion for Attorney Fees and Costs (Doc. 146) is GRANTED IN PART. The Court AWARDS attorneys' fees to class counsel in the amount of $3,445,256. The Court further AWARDS $48,845.38 to class counsel as reimbursement of litigation expenses, $175,00 to Rust Consulting for the costs of claims administration, and enhancement payments in the amount of $5,000 to each of the Named Plaintiffs in the three cases currently before this Court.

Date:  November 26, 2025

RICHARD W. NAGEL, CLERK
By: s/E.Hiltz
E. Hiltz, Deputy Clerk